IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Efrain Escoto, Plaintiff<br>v.<br>Great Lakes Paving & Construction, Inc. and Cesar Sanchez, individually, Defendants | Case No. 1:17-cv-1926<br>Judge: Hon. W. Gettleman |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs. On January 5, 2018, absent a motion by either party to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted on Wednesday, December 11, 2017.

| | |
|---|---|
| /s/ Valentin T. Narvaez<br>Plaintiffs' counsel<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL  60646 | /s/ Burr Anderson<br>Defendants' counsel<br>Anderson Law Offices PC<br>400 Lake Cook Road - Suite 221-A<br>Deerfield IL  60015-4930 |